**No. 108, Original. Nebraska, Plaintiff v. Wyoming and Colorado.**

565 U.S. 1108, 132 S. Ct. 1072, 181 L. Ed. 2d 730, 2012 U.S. LEXIS 320.

January 9, 2012. The joint motion to amend section II(c) of the modified decree of this Court (534 U.S. 40, 122 S. Ct. 420, 151 L. Ed. 2d 356 (2001)) is granted and it is ordered that the first two sentences in section II(c) of the Modified North Platte Decree are replaced with the following language:

(c) From diverting or permitting the diversion of water from the North Platte River and its tributaries, including water from hydrologically connected groundwater wells, upstream of Guernsey Reservoir for the intentional irrigation during any one irrigation season of more than 169,100 acres of land in Wyoming above Pathfinder Dam, or more than 56,900 acres of land in Wyoming between Pathfinder Dam and Guernsey Reservoir, exclusive of the Kendrick Project. The acres in these areas to be counted under these injunctions shall include the following, provided that an intentionally irrigated acre that receives water from more than one source shall be counted only once.

**No. 11-398. Department of Health and Human Services, et al., Petitioners v. Florida, et al.**

565 U.S. 1108, 132 S. Ct. 1073, 181 L. Ed. 2d 730, 2012 U.S. LEXIS 196.

January 9, 2012. Motion of Association of American Physicians & Surgeons, Inc., et al. for leave to intervene denied.

**No. 11-5942. Akeem Muhammad, Petitioner v. George Sapp, et al.**

565 U.S. 1108, 132 S. Ct. 1073, 181 L. Ed. 2d 730, 2012 U.S. LEXIS 155.

January 9, 2012. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 11-5972. Allen Glenn Thomas, Petitioner v. Texas Department of Criminal Justice Board, et al.**

565 U.S. 1108, 132 S. Ct. 1073, 181 L. Ed. 2d 730, 2012 U.S. LEXIS 345.

January 9, 2012. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 11-6227. Charles W. Hampton, Petitioner v. J.W. Squire Co., Inc.**

565 U.S. 1108, 132 S. Ct. 1073, 181 L. Ed. 2d 730, 2012 U.S. LEXIS 151.

January 9, 2012. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 11-6863. Hattie Mae Reid, Petitioner v. David Wyatt, et al.**

565 U.S. 1108, 132 S. Ct. 1073, 181 L. Ed. 2d 730, 2012 U.S. LEXIS 287.

January 9, 2012. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until January 30, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 11-6897. Sue Zortman, Petitioner v. Pennsylvania.**

565 U.S. 1108, 132 S. Ct. 1073, 181 L. Ed. 2d 730, 2012 U.S. LEXIS 316.

January 9, 2012. Motion of petitioner for leave to proceed in forma pauperis

denied. Petitioner is allowed until January 30, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 611 Pa. 22, 23 A.3d 519.

**No. 11-7081. Raynee Denise Cook, Petitioner v. Kenneth Hubin, et al.**

565 U.S. 1109, 132 S. Ct. 1074, 181 L. Ed. 2d 731, 2012 U.S. LEXIS 357.

January 9, 2012. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until January 30, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 16 A.3d 973.

**No. 11-7148. Martin W. Otto, et ux., Petitioners v. Hillsborough County, Florida.**

565 U.S. 1109, 132 S. Ct. 1074, 181 L. Ed. 2d 731, 2012 U.S. LEXIS 404.

January 9, 2012. Motion of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until January 30, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 70 So. 3d 587.

**No. 11-7159. Zachary Graves, Petitioner v. Industrial Power Generating Corporation, dba Ingenco.**

565 U.S. 1109, 132 S. Ct. 1074, 181 L. Ed. 2d 731, 2012 U.S. LEXIS 300.

January 9, 2012. Motion of petitioner for leave to proceed in forma pauperis

denied. Petitioner is allowed until January 30, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 438 Fed. Appx. 174.

**No. 11-7171. Patricia Isabelle Hewlett, Petitioner v. Janina M. Elder.**

565 U.S. 1109, 132 S. Ct. 1074, 181 L. Ed. 2d 731, 2012 U.S. LEXIS 179.

January 9, 2012. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until January 30, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. Justice Breyer took no part in the consideration or decision of this motion.

**No. 11-7305. Mike Anthony Richardson, Petitioner v. Jim Gray, et al.**

565 U.S. 1109, 132 S. Ct. 1074, 181 L. Ed. 2d 731, 2012 U.S. LEXIS 342.

January 9, 2012. Motion of petitioner for leave to proceed in forma pauperis is denied. Petitioner is allowed until January 30, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 433 Fed. Appx. 176.

**No. 10-730. Livingston Rondell Johnson, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 1109, 132 S. Ct. 996, 181 L. Ed. 2d 731, 2012 U.S. LEXIS 407.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.